# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GUSTAVO OSORIO, <br><br> Defendant. | 1:25-cr-00633 <br><br> Magistrate Judge McShain |

### ORDER

      Initial appearance held on 10/07/2025. Official Spanish Court Interpreter Julie Kurtz present. Defendant appeared in response to arrest in this District on 10/03/2025. Defendant's initial appearance was delayed due to mental health issue preventing him from appearing at an earlier date. The Court found Defendant was unable to afford counsel. Enter order appointing Benjamin Horwitz of the Federal Defender Program as counsel for Defendant. Defendant informed of the charge against him in the criminal complaint and the possible sentence/fine if convicted of the charge. Government orally moved to detain and for a detention hearing pursuant to 18 U.S.C § 3142(f)(2)(A). For the reasons stated on the record, the Court finds, that the Government is not entitled to a detention hearing pursuant to 18 U.S.C § 3142(f)(2)(A) and the Court finds there is a combination of conditions to reasonably assure the defendant's appearance at future court hearings. The Government's oral motion for pretrial detention is denied. Defendant was admonished on the record regarding Defendant's conditions of release. Defendant released on a recognizance bond with conditions. Enter Order Setting Conditions of Release. Defendant shall be released after processing. In-person preliminary examination hearing is set before Magistrate Judge McShain on 10/16/2025 at 10:30 a.m. in Courtroom 1025.

2

      Pursuant to Fed. R. Crim. P. 5(f)(1), the Court confirmed the continuing obligation of the United States to disclose information favorable to the Defendant as to guilt or punishment, and possible consequences of nondisclosure. For further details, please see the attached written order.

IA: 00:30

*Heather K. McShain*

**HEATHER K. McSHAIN**
**United States Magistrate Judge**

**DATE: October 7, 2025**