UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 25 CR 633 |
| v. | Honorable Heather K. McShain |
| GUSTAVO OSORIO | |

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves this Court to dismiss without prejudice the complaint in the above-captioned case pursuant to Federal Rule of Criminal Procedure 48(a). In support of its motion, the government states as follows:

1. Defendant was arrested on October 3, 2025, and charged by complaint, on October 4, 2025, with one count of assaulting a federal employee in violation of Title 18, United States Code, Section 111(a).

2. Defendant had his initial appearance on October 7, 2025. At the initial hearing, the Court ordered defendant released on recognizance bond.

3. Defendant was deported on October 11, 2025. In light of this, the government moves pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the complaint without prejudice.

4. Defense counsel does not oppose this motion.

WHEREFORE, the United States requests leave of the Court to dismiss without prejudice the complaint as to defendant Gustavo Osorio.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: */s/Wesley A. Morrissette*
WESLEY A. MORRISSETTE
Assistant United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5306

Dated: October 15, 2025